# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00714-CV

**Charles G. Cooper, in his Official Capacity as the Texas Banking Commissioner, Appellant**

**v.**

**Cornelius Campbell Burgess, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-000504, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Charles G. Cooper, in his Official Capacity as the Texas Banking Commissioner, has filed an unopposed motion to dismiss this appeal. Appellant also requests that we vacate the final judgment below and informs the Court that appellee does not oppose the motion to dismiss and has not taken a position on appellant's request for vacatur of the trial court's judgment.

On appellant's motion, Texas Rule of Appellate Procedure 42.1(a)(1) allows this Court "to dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled." *Compare* Tex. R. App. P. 42.1(a)(1) *with id.* R. 43.2 (establishing that court of appeals may render specific types of judgment, including "(e) vacate the trial court's judgment and dismiss the case; or (f) dismiss the appeal"). The comment to Rule 42.1 explicitly states, "The rule[] does not permit an

appellate court . . . to vacate a trial court's judgment absent reversible error or a settlement." *Id.* R. 42.1 cmt.

Accordingly, we grant appellant's motion in part and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellant's Motion

Filed:  July 28, 2023